UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD MCMILLAN | CIVIL ACTION |
| versus | NO. 12-1492 |
| ROBERT TANNER, WARDEN | SECTION: "H" (1) |

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly;

**IT IS ORDERED** that the federal petition of **Edward McMillan** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 1st day of November, 2012.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE